USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/23/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RICARDO VELASQUEZ,                                   :
                                                     :
                                        Plaintiff,   :
                          -against-                  :
                                                     :                25-CV-09845 (VEC)
                                                     :
TOKYO SUSHI 168 INC, a New York                      :                ORDER
corporation, d/b/a SUSHI LIN L.E.S, and 151          :
RIVINGTON HOLDINGS LLC, a New York                   :
limited liability company,                           :
                                                     :
                                       Defendants.   :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 25, 2025, Plaintiff filed a Complaint against Defendants

Tokyo Sushi 168 Inc. d/b/a Sushi Lin L.E.S., and 151 Rivington Holdings LLC (collectively,

"Defendants"), *see* Compl., Dkt. 1;

WHEREAS the Initial Pretrial Conference ("IPTC") in this action is scheduled for March

27, 2026, *see* Dkt. 5;

WHEREAS Defendants were duly served on December 16, 2025, *see* Dkts. 8, 9; and

WHEREAS Defendants have neither answered the Complaint nor appeared in this action;

IT IS HEREBY ORDERED that the IPTC scheduled for Friday, March 27, 2026, at

10:00 A.M., is ADJOURNED *sine die*. The Clerk of Court is respectfully directed to terminate

the open motion at Dkt. 10.

///

///

///

///

IT IS FURTHER ORDERED that Plaintiff must move for default judgment by **Friday, April 10, 2026**.  Plaintiff is directed to **Attachment A** of the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for moving for default judgment.

**SO ORDERED.**

Date:  **March 23, 2026**                    **VALERIE CAPRONI**
       **New York, New York**                **United States District Judge**