USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RICARDO VELASQUEZ,                                    :
                                                      :
                              Plaintiff,              :
                    -against-                         :
                                                      :          25-CV-09845 (VEC)
                                                      :
TOKYO SUSHI 168 INC, a New York                       :          ORDER
corporation, d/b/a SUSHI LIN L.E.S, and 151           :
RIVINGTON HOLDINGS LLC, a New York                    :
limited liability company,                            :
                                                      :
                              Defendants.             :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 25, 2025, Plaintiff Ricardo Velasquez filed a Complaint against Defendants Tokyo Sushi 168 Inc. d/b/a Sushi Lin L.E.S., and 151 Rivington Holdings LLC (collectively, "Defendants"), *see* Compl., Dkt. 1;

WHEREAS Defendants were duly served on December 16, 2025, *see* Dkts. 8, 9;

WHEREAS Defendants have neither answered the Complaint nor appeared in this action;

WHEREAS on April 6, 2026, at Plaintiff's request, the Clerk of Court issued certificates of default as to each Defendant, *see* Dkts. 16, 17;

WHEREAS on April 11, 2026, motions for entry of default judgment against Defendants were filed on behalf of "Namel Norris," *see* Dkts. 18, 22; and

WHEREAS "Namel Norris" is not a party to this action;

IT IS HEREBY ORDERED that the motions for entry of default judgment, *see* Dkts 18, 22, are DENIED.  The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 18, 22.

2

IT IS FURTHER ORDERED that, not later than **Friday, April 24, 2026**, Plaintiff must file corrected motions for default judgment, and materials in support thereof, that accurately reflect the plaintiff in this action.  Plaintiff is directed to **Attachment A** of the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for moving for default judgment.

**SO ORDERED.**

**Date:  April 16, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**