USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

RICARDO VELASQUEZ,                                    :
                                                      :
                                  Plaintiff,          :
                       -against-                      :
                                                      :            25-CV-09845 (VEC)
                                                      :
                                                      :
TOKYO SUSHI 168 INC, a New York                       :            ORDER
corporation, d/b/a SUSHI LIN L.E.S, and 151           :
RIVINGTON HOLDINGS LLC, a New York                    :
limited liability company,                            :
                                                      :
                                  Defendants.         :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 25, 2025, Plaintiff Ricardo Velasquez filed a Complaint against Defendants Tokyo Sushi 168 Inc. d/b/a Sushi Lin L.E.S., and 151 Rivington Holdings LLC (collectively, "Defendants"), *see* Compl., Dkt. 1;

WHEREAS Defendants were duly served on December 16, 2025, *see* Dkts. 8, 9;

WHEREAS Defendants have neither answered the Complaint nor appeared in this action;

WHEREAS on April 6, 2026, at Plaintiff's request, the Clerk of Court issued certificates of default as to each Defendant, *see* Dkts. 16, 17;

WHEREAS on April 11, 2026, motions for entry of default judgment against Defendants were filed on behalf of "Namel Norris," *see* Dkts. 18, 22; and

WHEREAS "Namel Norris" is not a party to this action;

WHEREAS on April 16, 2026, the Court denied the default judgment motions and ordered that, not later than Friday, April 24, 2026, Plaintiff file corrected motions for default judgment, and materials in support thereof, that accurately reflect the plaintiff in this action;

WHEREAS on April 24, 2026, counsel for Plaintiff resubmitted motions for entry of default judgment, again on behalf of "Namel Norris," who is not a party to this action, *see* Dkts. 26, 30;

IT IS HEREBY ORDERED that the motions for entry of default judgment, *see* Dkts 26, 30, are DENIED.  The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 26, 30.

IT IS FURTHER ORDERED that, not later than **Friday, May 1, 2026**, Plaintiff must file corrected motions for default judgment, and materials in support thereof, that accurately reflect the plaintiff in this action.  Plaintiff is directed to **Attachment A** of the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for moving for default judgment.  **Counsel for Plaintiff is admonished that continued failure to remedy the deficiencies identified by the Court may result in (i) dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), (ii) sanctions pursuant to Federal Rule of Civil Procedure 11, or (iii) both.**

    **SO ORDERED.**

**Date:  April 28, 2026**
**New York, New York**

_____
    **VALERIE CAPRONI**
    **United States District Judge**